# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD R. HUNT, | NO. 4:15-cv-5042 JPH |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER |
| v. | |
| KELLON CUNNINGHAM, VICTOR OWENS, JERRY WONDERS, CHAD KROSHUS, RAYDEAN GEORGE, ED TROWBRIDGE, MIKE HANRATTY, JOAN ROPER, CHRIS HICKS, JEFFREY A. UTTECHT, | |
| Defendants. | |

Defendants filed a Motion for Protective Order, ECF No. 13, seeking to stay discovery with respect to five named defendants, until the Court rules on defendants' pending motion for judgment on the pleadings, ECF No. 12. Plaintiff agrees discovery with respect to one of the defendants (Kroshus) but not to the other four. ECF No. 13 at 2.

The Court is fully advised and has examined the pleadings.

Accordingly,

**IT IS ORDERED**:

1. Defendants' Motion for Protective Order, ECF No. 13, is **GRANTED**;

1    2.    All discovery propounded to Defendants Uttecht, George,
2    Hanratty, Trowbridge and Kroshus in this matter is hereby **STAYED**
3    pending this Court's ruling on Defendants' Motion for Judgment on the
4    Pleadings, ECF No. 12; and
5    3.    The Clerk is directed to send uncertified copies of this Order to
6    Plaintiff and to counsel for Defendants.
7    DATED this 21st day of August, 2015.

                                    *s/ James P. Hutton*
                                    JAMES P. HUTTON
                                    United States Magistrate Judge