**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DONALD R. HUNT, | NO.  4:15-cv-5042 JPH |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER |
| v. | |
| KELLON CUNNINGHAM, VICTOR OWENS, JERRY WONDERS, CHAD KROSHUS, RAYDEAN GEORGE, ED TROWBRIDGE, MIKE HANRATTY, JOAN ROPER, CHRIS HICKS, JEFFREY A. UTTECHT, | |
| Defendants. | |

Defendants Kroshus, George, Trowbridge, Hanratty and Uttecht filed a Motion for Protective Order. ECF No. 13. Plaintiff objected to a stay of discovery. ECF No. 27, 28.  Defendants replied. ECF No. 31. The Court has examined the relevant pleadings. After consideration,

**IT IS ORDERED**:

1.    Defendants' Motion for Protective Order, **ECF No. 13,** is **GRANTED.**

2.    All discovery propounded to Defendants Kroshus, George, Trowbridge, Hanratty and Uttecht in this matter is hereby **STAYED** pending this Court's ruling on Defendants' Motion for Judgment on the Pleadings; and

1      3.     The Clerk is directed to send uncertified copies of this Order to

2   Plaintiff and to counsel for Defendants.

3      DATED this 1st day of October, 2015.

4

5                                    _s/ James P. Hutton_
                                     JAMES P. HUTTON
6                                    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22