UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DONALD R. HUNT,

        Plaintiff,

vs.

KELLON CUNNINGHAM, et al.,

        Defendants.

No. CV-15-05042-JLQ

ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is the Stipulated Motion for Order of Dismissal (ECF No. 53) wherein the parties inform the court that the matter has settled and jointly move the court for an order of dismissal with prejudice.

**IT IS HEREBY ORDERED**:

1. The Stipulated Motion (ECF No. 53) is **GRANTED**.

2. The Clerk of this court shall enter judgment of dismissal of the First Amended Complaint and the claims therein with prejudice and without costs or fees to any party.

3. This court will retain jurisdiction to enforce the terms of the Settlement Agreement (ECF No. 53-1) filed herein.

**IT IS SO ORDERED**. The Clerk shall enter this Order and Judgment, provide copies to counsel and to Plaintiff, and close this file.

Dated this 26th day of February, 2016.

        s/ Justin L. Quackenbush
        JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1