# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DONALD HUNT,

    *Plaintiff*

v.

KELLON CUNNINGHAM, et al,

    *Defendant*

Civil Action No.  4:15-CV-05042-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment of dismissal of the First Amended Complaint and the claims therein with prejudice and without costs or fees to any party. This court shall retain jurisdiction to enforce the terms of the Settlement Agreement. File closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Quackenbush  on a motion for dismissal. Stipulated Motion to Dismiss GRANTED.

Date:  February 26, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
    *(By) Deputy Clerk*
Cheryl Cambensy